**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                             CASE NO.:  08-10605-PGH

James W. Cherry, Jr. AND
Jennifer Cherry,

_____Debtor(s)___/

**COUNTRYWIDE HOME LOANS, INC.
MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

> **Any interested party who fails to file and serve a
> written response to this motion within fifteen (15)
> days after the date of service stated in this motion
> shall, pursuant to Local Rule FRBP 4001.1(c), be
> deemed to have consented to the entry of an order
> granting the relief requested in the motion.**

---

**COMES NOW** the secured creditor, COUNTRYWIDE HOME LOANS, INC., and/or its

assigns (hereinafter "Movant"), by and through its undersigned attorneys respectfully moves this

court, pursuant to 11 U.S.C. Section 362(d)(1), for relief from the automatic stay.  As grounds for

this relief Movant would show:

1.      On 8/21/2008, Debtors executed and delivered to Movant, a Note in the principal

amount of $400,000.00, which secured repayment by granting a mortgage on certain real property

which is not listed as the Debtors' homestead.  Copies of the Note and Mortgage are attached as

Exhibit "A" and are hereby incorporated by reference.

2.      Movant owns and holds the Note and Mortgage.

3.      The following described property located in Martin County, Florida.  The debtors

have not listed the property exempt, and the Debtors' Statement of Intentions states that the debtor

wishes to surrender said property more particularly described as:

> LOT 132, OF CRANE CREEK RACQUET CLUB PHASE SIX, A SUBDIVISION ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 7, PAGE 102, OF THE PUBLIC RECORDS OF MARTIN COUNTY, FLORIDA.

4.      By the terms of the Note Debtor is required to make monthly payments on the First day of each month.  Debtor has failed to make the 11/1/2007 payment and all subsequent payments.

5.      Neither the Debtor, nor the Trustee has offered Movant adequate protection in the form of monthly payments.

6.      Cause exists to grant Movant relief from the Automatic stay as:

a.      Debtors continue to enjoy the use and possession of the collateral, perhaps subjecting it to waste and/or depreciation, without compensating Movant therefore;

b.      Interest continues to accrue, which accrued interest erodes the value of Movant's secured claim;

c.      Movant has been or may be required to make advances to pay real estate taxes to preserve the priority of Movant's lien; and

d.      Movant does not know if Debtors have sufficient insurance on the property and whether Movant is named as an insured and loss payee on that policy, or in the alternative, Movant has been or may be required to make advances to pay premiums for insurance coverage on the property.

7.      Attached hereto and incorporated by reference is an Affidavit in Support of Motion for Relief from Automatic Stay, which sets forth with specificity the amounts due under this obligation.

**WHEREFORE** Movant COUNTRYWIDE HOME LOANS, INC., and/or its assigns, prays for an order granting it relief from the automatic stay to pursue its in rem remedies.

**DATED** this 25th day of February, 2008

/s/ Danielle N. Parsons
Danielle N. Parsons, Esquire
Butler and Hosch, P.A.
3185 S. Conway Rd. Suite E
Orlando, FL 32812
Telephone No: 407-381-5200
Fax No: 407-381-5577
Bar No: 0029364
Attorney for Movant

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following:

Debtor: James W. Cherry, Jr.
2212 SW Racquet Club Drive
Palm City, FL 34990

Debtor: Jennifer Cherry
2212 SW Racquet Club Drive
Palm City, FL 34990

Debtor(s) Attorney: Jon L. Martin, Esq.
901 SW Martin Downs Blvd #309
Palm City, FL 34990

Bankruptcy Trustee: Michael R. Bakst
PMB 702
222 Lakeview Avenue # 160
West Palm Beach, FL 33401

United States Trustee:
51 SW 1st Ave.
Suite 1204
Miami, FL 33130

**DATED** this 25th day of February, 2008

/s/ Danielle N. Parsons
Danielle N. Parsons, Esquire