

# ORDERED in the Southern District of Florida on March 13, 2008.

**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.:  08-10605-PGH

In re:
James W. Cherry, Jr. and
Jennifer Cherry,

                     Debtor(s)       /

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
*Re: Document #38*

      This case is before the Court on the Motion For Relief From Automatic Stay filed by **COUNTRYWIDE HOME LOANS, INC.,** on 02/25/2008.  No appropriate response having been filed in accordance with local rule 4001.1(c), it is hereby

      ORDERED:

      1.  The Motion for Relief from the Automatic Stay is Granted.

      2.  The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

      LOT 132, OF CRANE CREEK RACQUET CLUB PHASE SIX, A SUBDIVISION ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 7, PAGE 102, OF THE PUBLIC

RECORDS OF MARTIN COUNTY, FLORIDA.

3. This Order is entered for the sole purpose of allowing Movant to obtain an <u>in rem</u> judgment against the property and Movant shall not seek an <u>in personam</u> judgment against the Debtors.

####
Copies Furnished to:

Debtor: James W. Cherry, Jr.
2212 SW Racquet Club Drive
Palm City, FL 34990

Debtor: Jennifer Cherry
2212 SW Racquet Club Drive
Palm City, FL 34990

Debtor(s) Attorney: Jon L. Martin, Esq.
901 SW Martin Downs Blvd #309
Palm City, FL 34990

Bankruptcy Trustee: Michael R. Bakst
PMB 702
222 Lakeview Avenue
# 160
West Palm Beach, FL 33401

United States Trustee: Assistant U.S. Trustee
United States Trustee - Miami
Claude D. Pepper Federal Building, 12th Floor
51 SW First Avenue
Miami, FL 33130

Movant: Countrywide Home Loans, Inc.
c/o Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL  32812

B&H # 256491